| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 19-15142-AMC

BELINDA MARIE CRAWLEY
179 WEST NEDRO AVENUE
PHILADELPHIA  PA    19120

Petition Filed Date: 08/15/2019
341 Hearing Date: 10/11/2019
Confirmation Date: 05/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/07/2019 | $300.00 | 26105912548 | 11/12/2019 | $300.00 | 77705492580 | 01/31/2020 | $900.00 | 26447183166 |
| 03/03/2020 | $300.00 | 26526214236 | 04/15/2020 | $300.00 | 26526247975 | 05/20/2020 | $300.00 | 26559954988 |
| 06/23/2020 | $300.00 | 26362371835 | 08/03/2020 | $300.00 | 26771009490 | | | |

**Total Receipts for the Period: $3,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $688.58 | $0.00 | $688.58 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $599.67 | $0.00 | $599.67 |
| 4 | EDUCATIONAL CREDIT MGMT CORP<br>»» 004 | Unsecured Creditors | $1,753.22 | $0.00 | $1,753.22 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $588.61 | $0.00 | $588.61 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $871.52 | $0.00 | $871.52 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $181.14 | $0.00 | $181.14 |
| 8 | CALIBER HOME LOANS INC<br>»» 008 | Mortgage Arrears | $12,000.00 | $0.00 | $12,000.00 |
| 0 | MICHAEL D SAYLES  ESQ | Attorney Fees | $3,781.00 | $2,453.40 | $1,327.60 |

**Chapter 13 Case No. 19-15142-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,000.00 | Current Monthly Payment: | $301.00 |
| Paid to Claims: | $2,453.40 | Arrearages: | $4.00 |
| Paid to Trustee: | $276.60 | Total Plan Base: | $17,753.00 |
| Funds on Hand: | $270.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.