IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 19-15142-AMC |
| BELINDA MARIE CRAWLEY § | |
| DEBTOR(S) § | |
| § | CHAPTER 13 |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that **Nissan Motor Acceptance Corporation**, as servicing agent for Nissan Motor Acceptance Corporation, ("Creditor"), is withdrawing its **Proof of Claim (Claim #9-1)** in the amount of **$24,419.77** filed on **November 2, 2020**, due to being filed in error.

Dated: <u>November 11, 2020</u>

Respectfully submitted,
Bonial & Associates, P.C.

/s/ John Rafferty
John Rafferty
14841 Dallas Parkway, Suite 425
Dallas, Texas  75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for Nissan Motor Acceptance Corporation

**CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before November 11, 2020 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Belinda Marie Crawley
179 W Nedro Ave
Philadelphia, PA 19120-2458

**Debtors' Attorney**
Michael D. Sayles
Sayles And Associates
427 W Cheltenham Ave Ste 2
Elkins Park, PA  19027-3291

**Chapter 13 Trustee**
Scott Waterman
2901 Saint Lawrence Ave., Suite 100
Reading, Pennsylvania 19606

                                            Respectfully Submitted,

                                            /s/ John Rafferty
                                            John Rafferty