Bar Date: _____

**/     /**

**Metric or File By Date**

Processor: Geoff Gafford          File No. 4380-N-5827

**\*4380-N-5827\***

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Nissan Motor

ECF  FILING

Attorney Signature:

## John Rafferty

Attorney Approval: _____

**Special Instructions:**

_____

_____

*CALL CLERK'S OFFICE TO GET CREDITOR NUMBER AND CLAIM NUMBER.*

*MUST BE FILED BY:_____*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 19-15142-AMC** |
| **BELINDA MARIE CRAWLEY** | § | |
| DEBTOR(S) | § | |
| | § | **CHAPTER 13** |
| | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that **Nissan Motor Acceptance Corporation**, as servicing agent for Nissan Motor Acceptance Corporation, ("Creditor"), is withdrawing its **Proof of Claim (Claim #10-1)** in the amount of **$24,419.77** filed on **November 2, 2020**, due to being filed in error.

Dated: <u>November 11, 2020</u>

Respectfully submitted,
Bonial & Associates, P.C.

/s/ John Rafferty
John Rafferty
14841 Dallas Parkway, Suite 425
Dallas, Texas  75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for Nissan Motor Acceptance
Corporation

4380-N-5827

## CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before November 11, 2020 via electronic notice unless otherwise stated:

**Debtor**                    *Via U.S. Mail*
Belinda Marie Crawley
179 W Nedro Ave
Philadelphia, PA 19120-2458

**Debtors' Attorney**
Michael D. Sayles
Sayles And Associates
427 W Cheltenham Ave Ste 2
Elkins Park, PA  19027-3291

**Chapter 13 Trustee**
Scott Waterman
2901 Saint Lawrence Ave., Suite 100
Reading, Pennsylvania 19606

Respectfully Submitted,

/s/ John Rafferty
John Rafferty