**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Belinda Marie Crawley<br>              Debtor<br><br>LSRMF MH Master Participation Trust II, or its Successor or Assignee<br>              Movant<br>         vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Belinda Marie Crawley<br>              Respondents | Chapter 13<br>Bankruptcy No. 19-15142-AMC |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Lauren M. Moyer, attorney for LSRMF MH Master Participation Trust II, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: November 25, 2020

| | | |
|---|---|---|
| Belinda Marie Crawley<br>179 West Nedro Avenue<br>Philadelphia, PA 19120 | MICHAEL D. SAYLES<br>Sayles and Associates<br>427 West Cheltenham Avenue, Suite #2<br>Elkins Park, PA 19027-3201 | SCOTT F. WATERMAN<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

/s/ Lauren M. Moyer, Esquire
MARGARET GAIRO, ESQUIRE ID # 34419
ANN E. SWARTZ, ESQUIRE ID #201926
LAUREN M. MOYER, ESQUIRE ID # 320589
JOHN M. KOLESNIK, ESQUIRE ID # 308877
Attorney for LSRMF MH Master Participation Trust II
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com