UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Belinda Marie Crawley<br><br>Debtor(s)<br><br>LSRMF MH Master Participation Trust II, or its Successor or Assignee<br>Movant<br>vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Belinda Marie Crawley<br>Respondent(s) | Chapter 13<br>Bankruptcy No. 19-15142-AMC |

**ORDER GRANTING SETTLEMENT STIPULATION**

It is hereby ORDERED that the Stipulation to Settle Motion of LSRMF MH Master Participation Trust II for Relief from the Automatic Stay is hereby APPROVED.

BY THE COURT:

**Date: February 11, 2021**                Ashely M. Chan, Bankruptcy Judge