UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Belinda Crawley**            :         CHAPTER 13
                                      :
                                      :
DEBTOR                                :         BANKRUPTCY NO.: **19-15142\AMC**

\* \* \* \* \* \* \* \* \*

### AMENDED MOTION TO MODIFY DEBTOR'S CHAPTER 13 PLAN AFTER CONFIRMATION

The motion to modify of the above-named Debtors, respectfully represents:

1. This case was commenced by the filing on **October 15, 2019**, a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code.

2. Scott Waterman, Esquire has been appointed Chapter 13 Trustee.

3. Debtor's modified plan was confirmed **May 30, 2020**.

4. Debtor have paid the sum of **$5,699.00.00** into the plan.

5. Debtor requests permission to modify said plan.

6. **Debtor's financial circumstances have been negatively impacted by the uncertainty of the pandemic.**

7. Pursuant to the Cares Act, Debtor proposes to adjust her post confirmation plan payments by adding a term of 24 months unto the end of her confirmed plan.

8. Therefore, Debtor request permission to modify their plan accordingly.

   **WHEREFORE,** Debtor moves that this Honorable Court enter an Order granting Debtor's Motion to Modify Plan Post Confirmation.

Date: **April 29, 2021**                    \s\ **Michael D. Sayles**
                                            Michael D. Sayles
                                            Attorney for Debtor
                                            427 W. Cheltenham Avenue
                                            Elkins Park, PA  19027
                                            (215) 635-2270
                                            Midusa1@comcast.net