IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Belinda Crawley** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **19-15142\amc** |

# CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certify that neither the Chapter 13 Standing Trustee nor any other party of interest has filed a responsive pleading to **Debtor's Motion to Modify Plan Post Confirmation**.

                                      Respectfully Submitted,

Dated: **June 1, 2021**                              \s\ **Michael D. Sayles**
                                                                 Michael D. Sayles
                                                                 Attorney for Debtor
                                                                 427 W. Cheltenham Avenue
                                                                 Elkins Park, PA  19027
                                                                 215/635-2270
                                                                 Midusa1@comcast.net