Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-15142-AMC**

BELINDA MARIE CRAWLEY  
179 WEST NEDRO AVENUE  
PHILADELPHIA  PA    19120

Petition Filed Date: 08/15/2019  
341 Hearing Date: 10/11/2019  
Confirmation Date: 05/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $900.00 | 26447183166 | 03/03/2020 | $300.00 | 26526214236 | 04/15/2020 | $300.00 | 26526247975 |
| 05/20/2020 | $300.00 | 26559954988 | 06/23/2020 | $300.00 | 26362371835 | 08/03/2020 | $300.00 | 26771009490 |
| 09/09/2020 | $150.00 | 26771003335 | 09/09/2020 | $150.00 | 26771000760 | 10/07/2020 | $305.00 | 26940975186 |
| 11/06/2020 | $300.00 | 77761647271 | 12/18/2020 | $304.00 | 26971633800 | 01/22/2021 | $305.00 | 26971637681 |
| 03/31/2021 | $395.00 | 27244455917 | 04/07/2021 | $395.00 | 27236858848 | 04/07/2021 | $395.00 | 27236858837 |
| 06/02/2021 | $260.00 | 27448032486 | | | | | | |

**Total Receipts for the Period: $5,359.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,959.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 001 | Secured Creditors | $2,308.40 | $62.69 | $2,245.71 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $688.58 | $0.00 | $688.58 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $599.67 | $0.00 | $599.67 |
| 4 | EDUCATIONAL CREDIT MGMT CORP<br>»» 004 | Unsecured Creditors | $1,753.22 | $0.00 | $1,753.22 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $588.61 | $0.00 | $588.61 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $871.52 | $0.00 | $871.52 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $181.14 | $0.00 | $181.14 |
| 8 | FAY SERVICING LLC<br>»» 008 | Mortgage Arrears | $12,000.00 | $325.87 | $11,674.13 |
| 0 | MICHAEL D SAYLES  ESQ | Attorney Fees | $3,781.00 | $3,781.00 | $0.00 |
| 0 | MICHAEL D SAYLES  ESQ | Attorney Fees | $2,550.00 | $0.00 | $2,550.00 |

**Chapter 13 Case No. 19-15142-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,959.00 | Current Monthly Payment: | $395.00 |
| Paid to Claims: | $4,169.56 | Arrearages: | $16.00 |
| Paid to Trustee: | $500.53 | Total Plan Base: | $21,380.00 |
| Funds on Hand: | $1,288.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.