UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Belinda Crawley**     :     CHAPTER 13
:
:
DEBTOR     :     BANKRUPTCY NO.: **19-15142\AMC**

# ORDER OF COURT

**AND NOW**, this _____ day of _____ 2021, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is granted.

Dated: July 14, 2021

By the Court:

_____
U.S. Bankruptcy Court Judge