United States Bankruptcy Court
Eastern District of Pennsylvania

| In re: | Case No. 19-15142-amc |
|---|---|
| Belinda Marie Crawley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belinda Marie Crawley, 179 West Nedro Avenue, Philadelphia, PA 19120-2458 |
| cr | | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | LSRMF MH Master Participation Trust II, Caliber Home Loans, Inc, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 23:34:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, not in its i |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021                              Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LAUREN MOYER | |
| | on behalf of Creditor LSRMF MH Master Participation Trust II ecfmail@ecf.courtdrive.com |
| MICHAEL D. SAYLES | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 14, 2021 | Form ID: pdf900 | Total Noticed: 4 |

on behalf of Debtor Belinda Marie Crawley midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Belinda Crawley** | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **19-15142\AMC** |

# ORDER OF COURT

**AND NOW**, this _____ day of _____ 2021, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is granted.

By the Court:

Dated: July 14, 2021

_____
U.S. Bankruptcy Court Judge