UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Belinda Crawley**                :            CHAPTER  13
                                                         :
                                                         :
           DEBTOR                               :            Bankruptcy No:  **19-15142\amc**

PRAECIPE TO WITHDRAW
SUPPLEMENTALAPPLICATION FOR COMPENSATION

Kindly withdraw the **SUPPLEMENTAL APPLICATION FOR COMPENSATION** for Michael D. Sayles, for the record.

Date: **July 31, 2021**                                   Respectfully Submitted,

                                                By:    \s\ **Michael D. Sayles**
                                                         Michael D. Sayles
                                                         Attorney for Debtor
                                                         427 W. Cheltenham Avenue
                                                         Elkins Park, PA  19027
                                                         (215) 635-2270
                                                         midusa1@comcast.net