UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Brenda Crawley**                          ) Chapter 13
                                                    )
                                                    )
                                                    )
           Debtor                                   ) Bankruptcy. No. **19-15142**

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing Supplemental Application for Compensation

for services performed after confirmation of chapter 13 plan, and upon notice, opportunity for

hearing, and certification of no objection, counsel fees are allowed in the following amounts:

|  |  |
|---|---|
| Total fee award: | $2,550.00 |
| Amounts already paid by Debtor: | $-0- |
| Total amount of award: | **$2,550.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from

available funds in the Debtor's estate.

By the Court:

Dated:_____                    _____

**Date: October 25, 2021**                          Bankruptcy Judge