United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-15142-amc

Belinda Marie Crawley  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 25, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belinda Marie Crawley, 179 West Nedro Avenue, Philadelphia, PA 19120-2458 |
| cr | | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | LSRMF MH Master Participation Trust II, Caliber Home Loans, Inc, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ECMCBKNotices@ecmc.org | Oct 25 2021 23:44:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Oct 25 2021 23:48:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, not in its i |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

**Name**      **Email Address**

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Oct 25, 2021     Form ID: pdf900     Total Noticed: 4

LAUREN MOYER
    on behalf of Creditor LSRMF MH Master Participation Trust II ecfmail@mwc-law.com

MICHAEL D. SAYLES
    on behalf of Debtor Belinda Marie Crawley midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Brenda Crawley**                    ) Chapter 13
                                              )
                                              )
                                              )
           Debtor                             ) Bankruptcy. No. **19-15142**

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing Supplemental Application for Compensation for services performed after confirmation of chapter 13 plan, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $2,550.00 |
| Amounts already paid by Debtor: | $-0- |
| Total amount of award: | **$2,550.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated:_____    _____
                                            Bankruptcy Judge
**Date: October 25, 2021**