*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Belinda Marie Crawley
    Debtor(s)

Case No: 19–15142–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of the Stipulation to Resolve the Motion for Relief from Automatic Stay Filed by KERI P EBECK on behalf of Nissan Motor Acceptance Corporation

    on: 1/5/22

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  12/1/21

Timothy B. McGrath
Clerk of Court

106 – 104
Form 167