UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Belinda Crawley**          :          CHAPTER 13
                                    :
                                    :
DEBTOR                              :          Bankruptcy No.: **19-15142\amc**

**PRAECIPE**
**PRAECIPE TO WITHDRAW DEBTOR'S RESPONSE TO CERTIFICATE OF DEFAULT**

To the Clerk, United States Bankruptcy Court:

Kindly withdraw **DEBTOR'S RESPONSE TO CERTIFICATE OF DEFAULT**, for the record.

Respectfully Submitted,

By: **\s\ Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor

Dated: **January 5, 2022**