IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 19-15142-amc |
| BELINDA MARIE CRAWLEY, | Chapter 13 |
| Debtor, | Related to Doc. No. 53, 54 |
| NISSAN MOTOR ACCEPTANCE CORPORATION, | |
| Movant, v. | |
| BELINDA MARIE CRAWLEY, and SCOTT F. WATERMAN Chapter 13 Trustee, | |
| Respondents. | |

**ORDER OF COURT**

AND NOW, this ___ day of _____, 2021, upon consideration of the foregoing *Certification of Default of Stipulation to Resolve the Motion for Relief from Stay re: 2018 Mitsubishi Outlander, VIN# JA4AP3AUXJU007206*, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Nissan Motor Acceptance Corporation.

**Date: January 5, 2022**

_____
Honorable Ashely M. Chan
United States Bankruptcy Court Judge