UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
    BELINDA MARIE CRAWLEY                 : Chapter 13
                                                    :
                  Debtor(s)          : Bankruptcy No.  19-15142AMC

## ORDER

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED.**

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

                                        BY THE COURT

**Date: January 6, 2022**

                                        Judge Ashely M. Chan