United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 19-15142-amc

Belinda Marie Crawley   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3
Date Rcvd: Jan 06, 2022   Form ID: pdf900   Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belinda Marie Crawley, 179 West Nedro Avenue, Philadelphia, PA 19120-2458 |
| cr | + | LSRMF MH Master Participation Trust II, Caliber Home Loans, Inc, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14374375 | + | AES/Keystone best, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14374376 | + | AES/Suntrust Bank, 1001 Semmes Avenue, PO Box 27172, Richmond, VA 23261-7172 |
| 14374380 | + | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14465307 | + | LSRMF MH Master Participation Trust II, c/o ANN E. SWARTZ, McCabe, Wesberg & Conway, P.C., 123 South Broad Street, Suite 2080 Philadelphia, PA 19109-1031 |
| 14464543 | + | LSRMF MH Master Participation Trust II, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14483074 | + | LSRMF MH Participation TR2, c/o MCabe & Weisberg, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14374381 | + | Martha E. Von Rosensteil, 649 South Avenue, Suite 6, Clifton Heights, PA 19018-3541 |
| 14374382 | + | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14374384 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, LLC, attn: Bankruptcy Department, PO Box 630267, Irving, TX 75063 |
| 14374383 | + | Nationstar Mortgage LLC, 4800 State Highway 121 Bypass, Lewisville, TX 75056-2915 |
| 14377941 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14374385 | + | Nissan Motor Acceptance, PO Box 660360, Dallas, TX 75266-0360 |
| 14374386 | | Nissan Motor Acceptance Corp., PO Box 742658, Cincinnati, OH 45274-2658 |
| 14557605 | + | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14527201 | + | Nissan Motor Acceptance Corporation, CO Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia PA. 19106-1541 |
| 14374387 | + | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14398927 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14374392 | + | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 14602081 | | U.S. Bank Trust National Association, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 07 2022 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2022 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 07 2022 00:00:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 00:12:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14374377 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2022 00:12:39 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14452422 | | Email/Text: megan.harper@phila.gov | | |

Case 19-15142-amc    Doc 115    Filed 01/08/22    Entered 01/09/22 00:27:50    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2022 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 07 2022 00:00:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14379862 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 07 2022 00:12:35 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14382881 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2022 00:12:40 | Citi, 701 E 60th Street North, Sioux Falls, SD 57104-0432 |
| 14374378 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 07 2022 00:00:00 | Comenity, PO Box 659728, San Antonio, TX 78265-9728 |
| 14374379 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 07 2022 00:00:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14466151 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 07 2022 00:00:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14378774 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2022 00:12:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14404680 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2022 00:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14382886 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2022 00:00:00 | Midland Credit Managment, PO Box 301030, Los Angeles, CA 90030-1030 |
| 14374388 | | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 00:12:34 | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 14374389 | + | Email/Text: bankruptcy@sw-credit.com | Jan 07 2022 00:00:00 | Southwest Credit Systems, LLC, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 14374390 | | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 00:12:31 | Sycchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 14374391 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 00:12:34 | Synchrony Bank, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14374835 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 00:12:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14374393 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 07 2022 00:00:00 | Victoria's Secret, PO Box 182128, Columbus, OH 43218-2128 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14382878 | *+ | AES/Keystone best, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14382879 | *+ | AES/Suntrust Bank, 1001 Semmes Avenue, PO Box 27172, Richmond, VA 23261-7172 |
| 14382880 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14382882 | * | Comenity, PO Box 659728, San Antonio, TX 78265-9728 |
| 14382883 | *+ | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14382884 | *+ | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14382885 | *+ | Martha E. Von Rosensteil, 649 South Avenue, Suite 6, Clifton Heights, PA 19018-3541 |
| 14382887 | *+ | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14382889 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, LLC, attn: Bankruptcy Department, PO Box 630267, Irving, TX 75063 |
| 14382888 | *+ | Nationstar Mortgage LLC, 4800 State Highway 121 Bypass, Lewisville, TX 75056-2915 |
| 14382890 | *+ | Nissan Motor Acceptance, PO Box 660360, Dallas, TX 75266-0360 |
| 14382891 | * | Nissan Motor Acceptance Corp., PO Box 742658, Cincinnati, OH 45274-2658 |

| | | |
|---|---|---|
| 14557614 | *+ | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14561591 | *+ | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14382892 | *+ | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14382893 | * | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 14382894 | *+ | Southwest Credit Systems, LLC, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 14382895 | * | Sycchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 14382896 | *+ | Synchrony Bank, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14382897 | *+ | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 14382898 | * | Victoria's Secret, PO Box 182128, Columbus, OH 43218-2128 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2022         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2022 at the address(es) listed below:**

**Name**      **Email Address**

KERI P EBECK
on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

MARISA MYERS COHEN
on behalf of Creditor LSRMF MH Master Participation Trust II ecfmail@mwc-law.com  mcohen@mwc-law.com

MICHAEL D. SAYLES
on behalf of Debtor Belinda Marie Crawley midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

REBECCA ANN SOLARZ
on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    BELINDA MARIE CRAWLEY : Chapter 13
:
    Debtor(s) : Bankruptcy No. 19-15142AMC

ORDER

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED.**

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

**Date: January 6, 2022**

_____
Judge Ashely M. Chan